**Burlon Hindrex WILLIAMS, Appellant, v. STATE of Texas, Appellee.**

**No. 24100.**

Court of Criminal Apeals of Texas.

Oct. 6, 1948.

Carney W. Mimms, of Dallas, and J. Mc. Wassell, of Lamesa, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The opinion heretofore handed down herein is withdrawn and the following substituted therefor:

The record herein is similar in every way and is supported by testimony practically the same as that present in Berryman v. State, Tex.Crim.App., 213 S.W.2d 842, and will be decided in the same way. By virtue of that authority, this cause is affirmed.